UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS ALFONSO CORRALES MEJORADO (A-078-723-039),

Petitioner,

v.

POLLY KAISER, et al.,

Respondents.

No. 1:26-cv-6968 TLN CSK

ORDER

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 31, 2026, petitioner filed his petition for writ of habeas corpus. (ECF No. 1.) On September 1, 2026, the district court referred this action to the assigned magistrate judge. (ECF No. 3.) On September 1, 2026, petitioner filed a motion for temporary restraining order. (ECF No. 5.) On September 3, 2026, this Court recommended that the motion for temporary restraining order be denied. (ECF No. 6.) This Court also dismissed the petition with thirty days to file an amended petition. (Id.)

On September 21, 2026, petitioner filed a notice of voluntary dismissal. (ECF No. 7.) Pursuant to Fed. R. Civ. P. 41(a), petitioner's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: September 25, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Mejo6968.vol/2